# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1884
_____

J.K.W., Mother of K.G.W., a
Minor Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Ross M. Goodman, Judge.

October 11, 2019

PER CURIAM.

    AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

E. Jane Brehany, Pensacola, for Appellant.

Sandra Carroll, Guardian Ad Litem, Milton; Christina J. Chavez of the Department of Children and Families, Milton; Sara Goldfarb of the Florida Statewide Guardian Ad Litem Office, Tallahassee; Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale; Joshua A. Jones, Pensacola; Thomasina F. Moore of the Statewide Guardian Ad Litem Office, Tallahassee; Sarah J. Rumph of Children's Legal Services, Tallahassee; John C. Susko, Milton; for Appellee.